473 A.2d 687

Holmes, Appellant, v. SEPTA

Argued January 12, 1984. Anton H. Rosenthal, for appellant; Norman Hegge, Jr., for appellee.

626

Before CAVANAUGH, McEWEN and CIRILLO, JJ.

Order affirmed.